# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JOHN H. GLOVIER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17CV00038 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | By: James P. Jones |
| **ACTING COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

Summary judgment having been granted, it is **ADJUDGED AND ORDERED** that the final decision of the Acting Commissioner denying benefits is AFFIRMED. The clerk is directed to close the case.

ENTER: March 28, 2019

/s/ James P. Jones
United States District Judge